UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEON GLENN,

        Plaintiff,                  Case Number 22-10883

v.                                        Honorable David M. Lawson
                                           Magistrate Judge Elizabeth A. Stafford

JODI MCCLELLAN and TERRI MASSEY,

        Defendants,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND DENYING MOTION TO DISMISS

Presently before the Court is the report issued on December 5, 2022 by Magistrate Judge Elizabeth A. Stafford pursuant to 28 U.S.C. § 636(b) recommending that the Court deny defendant Terri Massey's motion to dismiss. The deadline for filing objections to the report has passed, and no objections have been filed. The defendant's failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 21) is **ADOPTED**.

It is further **ORDERED** that the motion to dismiss by defendant Terri Massey (ECF No. 17) is **DENIED**.

It is further **ORDERED** that the case is returned to the magistrate judge for case management under the original order of reference (ECF No. 11).

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: January 12, 2023